**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: The Rapsil Construction | CASE NO.: 05–60060–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 91–2185851 | CHAPTER: 7 |

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Ian J. Gazes is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 11, 2014

                                              Shelley C. Chapman, Bankruptcy Judge